160 A.3d 696

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF-RESPONDENT, v. V.R., DEFENDANT-
PETITIONER. IN THE MATTER OF THE GUARDIANSHIP OF
J.R., A MINOR—RESPONDENT.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000054–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 696

STATE OF NEW JERSEY, PLAINTIFF-CROSS-PETITIONER,
v. JAMES ZARATE (A/K/A NAVAJAS ZARATE),
DEFENDANT-CROSS-RESPONDENT.

February 13, 2017

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–004090–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the cross-petition for certification is
granted, and the matter is summarily remanded to the Superior
Court, Law Division, for resentencing in light of this Court's
holding in State v. Zuber, 227 N.J. 422, 152 A.3d 197 (2017).
Jurisdiction is not retained.